IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FARZIN AZIMA )<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>GERARD HEINAUER )<br>Director, Nebraska Service Center, et al. )<br>)<br>Defendants ) | Civil Action No. 07-2204-KHV |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

Comes now Plaintiff Farzin Azima and pursuant to Rule 56 of the Federal Rules of Civil Procedure respectfully requests the Court to enter summary judgement in his favor. In support` of his motion, Plaintiff has contemporaneously filed separate suggestions that further support summary judgement in his favor and which are hereby incorporated herein as if more fully set forth.

For the following reasons, discussed in further detail in the Suggestions in Support filed contemporaneously with this motion and incorporated herein, summary judgement in Plaintiff's favor is appropriate:

1. Defendants have not made a decision in Plaintiff's naturalization application within the 120 day window as established and required by law;

2. Plaintiff states that the de;lay by Defendants in unreasonable and therefore this Court should exercise its authority to either enter an order naturalizing Plaintiff or remand the case to the Defendant Citizenship and Immigration Service with appropriate instructions to complete the naturalization adjudication in Plaintiff's filing.

Summary judgement is appropriate as there are no genuine issues of material fact and Plaintiff is entitled to judgement as a matter of law.

WHEREFORE, for the reasons as fully discussed in his Suggestions in Support, Plaintiff respectfully requests the Court to enter summary judgement in his favor and for his attorney fees and costs, and for such other and further relief as the Court may deem appropriate and proper herein.

Respectfully Submitted:

/s/ Robert Frager

ROBERT FRAGER
Second Floor Valley View Bank Bldg.
4550 Belleview Ave.
Kansas City, MO   64111-3506

Attorney for Petitioner

(816)756-5800
FAX (816)756-3001
E-mail: rfragerlaw@aol.com
Mo. Bar No. 17734
KS. Dist. Ct Reg. No.70726

# CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Christopher Allman, Email: chris.allman@usdoj.gov.

I further certify that on this date the foregoing document and the notice of electronic filing were mailed by first-class mailing to the following non-CM/ECF participants:

None

Dated this 5th day of October, 2007.

/s/ Robert Frager
_____
ROBERT FRAGER
Attorney for Plaintiff