IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FARZIN AZIMA,

        Plaintiff,

vs.                                      Case No. 07-2204-KHV

GERARD HEINAUER, DIRECTOR
NEBRASKA SERVICE CENTER, et al.,

        Defendants.

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate, through their

counsel,  that they have resolved all disputed claims, and therefore this case is dismissed with

prejudice, each party to bear their own costs and expenses.

Respectfully submitted,

s/Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: chris.allman@usdoj.gov
Ks. S. Ct. # 14225
Counsel for Defendants

s/ Robert Frager
ROBERT FRAGER
4550 Belleview
Kansas City, MO 64111-3506
(816)756-5800 (telephone)
(816)756-3001 (facsimile)
E-mail: rfragerlaw@aol.com
Ks. S. Ct. # 70726
Counsel for Plaintiff

ELECTRONICALLY FILED